UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TRINA MARIE MYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:16-cv-01007-MPB-RLY |
| | ) | |
| NANCY A. BERRYHILL Acting Commisioner for the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY ON ORAL ARGUMENT**

This matter is before Matthew P. Brookman, United States Magistrate Judge, on the Order of Reference issued by District Judge Richard L. Young, on July 25, 2016. (Docket No. [16]). The parties have filed their briefs. (Docket No. [20], Docket No. [25], no reply filed). Oral argument was held on August 7, 2017, at which Ms. Myers was represented by Timothy E. Staggs and the Commissioner was represented by Emily Cohn and Kathryn E. Olivier. All appeared by telephone.

Following the argument, the Court issued the appended findings. For the reasons expressed therein, the Court **AFFIRMS** the Commissioner's decision. Final judgment shall enter in favor of Commissioner.

SO ORDERED this 5th day of September, 2017.

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**